UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luis S. I.,

     Petitioner,

v.

David Easterwood, et al.,

     Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-00533 (MJD/DTS)

Gloria Leticia Contreras Edin, Contreras Edin Law, PA, Counsel for Petitioner.

Ana H. Voss, Friedrich A. P. Siekert, Assistant United States Attorneys, Counsel for Federal Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz filed January 28, 2026. **[Doc. 7.]** No objections have been filed to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Schultz.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz filed January 28, 2026.  **[Doc. 7.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to release Petitioner Luis S. I. from custody as soon as practicable, but no later than 48 hours from the date this Order is filed; and

3. Within 48 hours of the date of this Order, Respondents are ordered to report to the Court whether Petitioner Luis S. I. has been released; and

4. Respondents are enjoined from revoking Luis S. I.'s deferred action status until a pre-deprivation hearing at which Respondents must provide notice and an opportunity to be heard regarding the revocation of deferred action status.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 31, 2026                         s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court