# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Rey Serrano Irra

Petitioner(s),

v.

David Easterwood, Kristi Noem, Todd Lyons, Pam Bondi, Ryan Shea

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00533-MJD-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz filed January 28, 2026. **[Doc. 7.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to release Petitioner Luis S. I. from custody as soon as practicable, but no later than 48 hours from the date this Order is filed; and

3. Within 48 hours of the date of this Order, Respondents are ordered to report to the Court whether Petitioner Luis S. I. has been released; and

4. Respondents are enjoined from revoking Luis S. I.'s deferred action status until a pre-deprivation hearing at which Respondents must provide notice and an opportunity to be heard regarding the revocation of deferred action status.

Date: 1/31/2026

KATE M. FOGARTY, CLERK