# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Rey Serrano Irra,

Petitioner,

v.

David Easterwood, Kristi Noem, Todd Lyons, Pam Bondi, Ryan Shea,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-533 MJD/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Luis S.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 2/4/2026

KATE M. FOGARTY, CLERK